RECEIVED
IN MONROE, LA
MAY 29 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| FLORAL ACCOUNTING SYSTEMS, INC., ET AL. | * | DOCKET NO. 06-1098 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| FLORISTS' TRANSWORLD DELIVERY, INC. | * | MAG. JUDGE KAREN L. HAYES |

# ORDER

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a <u>de novo</u> review of the record, for the reasons stated in this Court's Ruling,

**IT IS ORDERED** that the Settlement Agreement and incorporated Master License Agreement filed in this record are hereby unsealed, except for those portions of the agreements which address the licensing fee to be paid by FAS to FTD.

**IT IS FURTHER ORDERED** that, as set forth more fully in the Court's Ruling, the parties confer and agree upon redacted versions of the foregoing agreements, pleadings, and court orders to be unsealed in this matter within 30 days of the date of this order. In the absence of an agreement, the Court will unseal all portions thereof relevant to its decision herein.

**IT IS FURTHER ORDERED** that the parties' joint Request for Enforcement of Confidential Settlement Agreement [Doc. No. 35] is **DENIED as moot**, insofar as it sought to enforce the agreement's confidentiality provision.

**IT IS FURTHER ORDERED** that FAS's request for ancillary relief regarding

disparaging comments made by FTD and request for attorney's fees is **DENIED**.

**IT IS FURTHER ORDERED** that FAS's request that FTD provide its Florist Directory to FAS, in accordance with its obligations under the MLA, is GRANTED.

MONROE, LOUISIANA, this 29 day of May, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE